## 62618. THE STATE v. BIGLER.

DEEN, Presiding Judge.

The state contends that the trial court erred in failing to revoke the defendant's probation. This appeal, however, must be dismissed because Code Ann. § 6-1001a, which enumerates specific situations wherein the state may appeal, does not allow for an appeal from an order of the trial court which finds that there was insufficient evidence to authorize the revocation of the defendant's probation.

*Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED OCTOBER 14, 1981 —
REHEARING DENIED OCTOBER 29, 1981 —

*Thomas J. Charron, District Attorney, James T. Martin, Assistant District Attorney,* for appellant.
*Robert E. Flournoy, J. Stephen Schuster,* for appellee.